ent.— Award in death case unanimously affirmed, with costs to the State Industrial Board. The matter of payment to the widow and children of the balance of the disability award of John Feger which had not been paid to him at the time of his death is now before the State Industrial Board for disposition under subdivision 4 of section 15 of the Workmen's Compensation Law. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hasbrouck, JJ.

In the Matter of the Claim of GIOVANNI CASTRONOVA, Respondent, against HURLANG HOLDING CORPORATION, Appellant. STATE INDUSTRIAL BOARD, Respondent. — Award unanimously affirmed. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hasbrouck, JJ.

In the Matter of the Claim of PASQUALE PECCE, Respondent, against GENERAL ELECTRIC COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Davis, Hill and Hasbrouck, JJ.

GEORGE H. SMILEY, Respondent, v. WILLIAM THOMPSON and Others, Appellants.— Motion granted, with ten dollars costs, unless, within twenty days, appellants perfect appeal, and pay said costs, in which event the motion is denied. Present — Van Kirk, P. J., Hinman, Davis, Hill and Hasbrouck, JJ.

THE FIRST NATIONAL BANK OF HIGHLAND, Respondent, v. LAURA PIM, Appellant, and Others.— Motion granted, with ten dollars costs, unless, within twenty days, appellant perfects appeal, and pays said costs, in which event the motion is denied. Present — Van Kirk, P. J., Hinman, Davis, Hill and Hasbrouck, JJ.

MORRIS HELLER, Respondent, v. BENJAMIN GROGINSKY and Another, Appellants.— Motion granted, by default, with ten dollars costs. Present — Van Kirk, P. J., Hinman, Davis, Hill and Hasbrouck, JJ.

CATHERINE CLARKE, Respondent, v. WILLIAM TAFT, Appellant.— Motion granted, by default, with ten dollars costs. Present — Van Kirk, P. J., Hinman, Davis, Hill and Hasbrouck, JJ.

PERCY A. ROCKEFELLER and Another, as Executors, etc., of WILLIAM G. ROCKEFELLER, Deceased, and Another, Respondents, v. JOHN P. KELLAS and Others, Appellants.— Motion to dismiss part of the appeal taken by the defendant John P. Kellas granted, with ten dollars costs, on the ground that the appeal is not from a final judgment or from a final order in a special proceeding. (Civ. Prac. Act, §§ 562, 580.) Present — Van Kirk, P. J., Hinman, Davis, Hill and Hasbrouck, JJ.

L. F. BANNON PLUMBING, HEATING AND CONTRACTING COMPANY, Respondent, v. MARY A. McKIERNAN and Another, Appellants.— Motion denied, with ten dollars costs, on the ground that one of the appellants has died, and there has been no substitution made. (See Civ. Prac. Act, § 572.) Present — Van Kirk, P. J., Hinman, Davis, Hill and Hasbrouck, JJ.

GRACE E. BAILEY, Respondent, v. THE L. B. VAN WAGENEN COMPANY, Appellant.— Motion granted, with ten dollars costs, unless the appellant perfects appeal on or before December 20, 1929, and is ready to argue appeal at the January term, and pays said costs, in which event the motion is denied. Present — Van Kirk, P. J., Hinman, Davis, Hill and Hasbrouck, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ISADORE PLATKOWITZ, Appellant.— Motion to set aside order dismissing the appeal, and to reinstate the appeal, granted provided the defendant prints and files his case

with the clerk of this court on or before December 20, 1929; and provided further that the case be heard at the January term; otherwise, the motion is denied. Present — Van Kirk, P. J., Hinman, Davis, Hill and Hasbrouck, JJ.; Van Kirk P. J., and Davis, J., vote for denial of motion.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BARNEY HAMMOND, Appellant.— Motion to set aside order dismissing the appeal, and to reinstate the appeal, granted provided the defendant prints and files his case with the clerk of this court on or before December 20, 1929; and provided further that the case be heard at the January term; otherwise, the motion is denied. Present — Van Kirk, P. J., Hinman, Davis, Hill and Hasbrouck, JJ.; Van Kirk, P. J., and Davis, J., dissent.

MAUDE B. BOOTH and Another, Executors and Trustees, etc., of ARNOLD BOOTH, Deceased, Appellants, v. THE STATE OF NEW YORK, Respondent.— Motion denied, with ten dollars costs. Present — Van Kirk, P. J., Hinman, Davis, Hill and Hasbrouck, JJ.

FREDA SHERER, Appellant, v. FRANK BRAUN and Another, Respondents. CHARLES CAPLAN and Another, Individually and as Copartners Trading under the Firm Name and Style of CAPLAN BROS. FURNITURE STORE, Defendants; and CITY OF ALBANY, Respondent. ISAAC SHERER, Appellant, v. FRANK BRAUN and Another, Respondents. CHARLES CAPLAN and Another, Individually and as Copartners Trading under the Firm Name and Style of CAPLAN BROS. FURNITURE STORE, Defendants; and CITY OF ALBANY, Respondent.— Motion denied, with ten dollars costs. Present — Van Kirk, P. J., Hinman, Davis, Hill and Hasbrouck, JJ.

ONEITA CONTERMAN, Respondent, v. LOUIS H. HANNAN, Appellant.— Order unanimously affirmed, with ten dollars costs and disbursements, on the ground that the appellant has failed to show that the convenience of witnesses and the ends of justice will be promoted by changing the place of trial. Present — Van Kirk, P. J., Hinman, Davis, Hill and Hasbrouck, JJ.

JAMES A. LEARY and Another, Copartners, Doing Business under the Firm Name and Style of LEARY & FULLERTON, Respondents, v. CHARLOTTE LIPKIND, Appellant.*— Order affirmed, with ten dollars costs and disbursements, on the ground that the irregularity in giving notice of the reference did not affect a substantial right of the defendant for she had actual notice thereof and did not appear and make objection; and had made default in appearing on the trial at which the reference was granted. (See Civ. Prac. Act, § 105.) Van Kirk, P. J., Hinman, Davis and Hill, JJ., concur; Hasbrouck, J., dissents.

GLOVERSVILLE KNITTING COMPANY, Respondent, v. HERBERT ROTHSTEIN, INC., Appellant.— Order unanimously affirmed, with ten dollars costs and disbursements. Present — Van Kirk, P. J., Hinman, Davis, Hill and Hasbrouck, JJ.

HELEN POTTER LEOTAUD, Respondent, v. NEW YORK TELEPHONE COMPANY, Appellant.— Order reversed, on the law, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, on the ground that the answer alleges a defense as to a special right the defendant has in the property, and it is entitled to plead the defense although it may not be able to establish it successfully on the trial. Van Kirk, P. J., Hinman, Davis, Hill and Hasbrouck, JJ., concur.

E. WATSON GARDINER, Appellant, v. THE SCRANTON BUTTON COMPANY, Respondent.— Order modified so as to provide that the counterclaim, being all

* Appeal dismissed, 253 N. Y. ——.